```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
2

3    :_____:

4    THE UNITED STATES OF AMERICA,    :
                      Plaintiff,       :
5                                      :
              vs.                      :   Case No: 12-CR-922 PG
6                                      :
     [18] MICHAEL WEISS,               :
7                     Defendant.       :
     :_____:
8
                  TRANSCRIPT OF SENTENCING HEARING
9         HELD BEFORE THE HONORABLE JUAN M. PÉREZ-GIMÉNEZ
     JOSÉ V. TOLEDO U.S. COURTHOUSE, OLD SAN JUAN, PUERTO RICO
10         FRIDAY, MAY 30, 2014, BEGINNING AT 11:30 A.M.
     :_____:
11
12   A P P E A R A N C E S:

13   For the United States of America:

14        Assistant U.S. Attorney Marshal Morgan

15

16   For the Defendant:

17        Maria T. Arsuaga, Esquire

18        Charles Ross, Esquire, Pro Hac Vice

19

20   ALSO PRESENT:

21        Omar Flaquer-Mendoza, Courtroom Deputy Clerk

22        U.S. Probation Officer Miguel A. Arroyo-Domenech

23

24

25
```

2

Sentencing Hearing - [18] Michael Weiss

1        THE COURTROOM DEPUTY:  Criminal case 12-922.

2   United States of America versus Michael Weiss.  Case

3   called for sentence.

4        On behalf of the government, Assistant U.S.

5   Attorney Marshal Morgan.  On behalf of the defendant,

6   Charles Ross and Maria Arsuaga.  The defendant is

7   present in court.

8        MR. MORGAN:  Good morning, Your Honor.

9   Ready to proceed.

10        MR. ROSS:  Good morning, Your Honor.

11        THE COURT:  Good morning.

12        MS. ARSUAGA:  Good morning, Your Honor.

13   Maria Arsuaga on behalf of Mr. Weiss.

14        THE COURT:  Good morning.

15        MR. ROSS:  And Charles Ross on behalf of

16   Mr. Weiss, Your Honor.  Your Honor, I don't know how

17   Your Honor wants to proceed this morning; however, if

18   you'd want to go through the objections that we had

19   filed to the probation report.  Ms. Arsuaga is

20   prepared to address those individually or in whatever

21   way Your Honor would want to proceed, and I'm

22   prepared to deliver the sentencing address to Your

23   Honor generally.

24        THE COURT:  Before that, Counsel, you've

25   read the presentence report of course?

Sentencing Hearing - [18] Michael Weiss

1          MR. ROSS:  Yes, sir.

2          MS. ARSUAGA:  Yes, Your Honor.

3          THE COURT:  And has your client read the

4     presentence report?

5          MR. ROSS:  Yes, sir, he's read it and we've

6     gone over it with him thoroughly.

7          THE COURT:  Aside from the objections, is

8     there any other information in the report that needs

9     to be corrected.

10         MR. ROSS:  No, sir.

11         THE COURT:  Any from the government?

12         MR. MORGAN:  No.  I'm not aware of any.

13         THE COURT:  Mr. Weiss, any from you?

14         THE DEFENDANT:  No.

15         THE COURT:  All right.  Okay.  We will take

16    the objections one by one.

17         MS. ARSUAGA:  Your Honor, I'm going to make

18    reference to the motion that we filed, the objections

19    to the presentence investigation report, and I'll go

20    one by one.

21         We did receive -- we'd like to clarify that

22    we received an addendum from the probation office

23    last night; we did review it.  And after having

24    reviewed their position as to the objections, we

25    would like to withdraw two of the objections.  That

Sentencing Hearing - [18] Michael Weiss

1    would be objection to Paragraph 197 and to

2    Paragraph --

3              THE COURT:  233.

4              MS. ARSUAGA:  -- 233.  The government --

5              THE COURT:  I'm glad you did because they

6    were going to be denied.

7              MS. ARSUAGA:  Yes, Your Honor.  Probation

8    was correct in saying that they were just repeating

9    what the indictment says, so we are withdrawing

10   those.

11             THE COURT:  Thank you.

12             MS. ARSUAGA:  Your Honor, then I would move

13   to the objection.  So, I can do them as a group, if

14   you'd like, or --

15             THE COURT:  One by one.

16             MS. ARSUAGA:  One by one.  Okay.

17   Paragraph 254 we objected to.  What we objected to in

18   that paragraph was the language that says that

19   Mr. Weiss was involved with the Arbudol Group.

20             Our position is that the checks that

21   Mr. Weiss cashed were for Columbus; he had no

22   knowledge of the existence of Arbudol Group.  The

23   government has agreed that Mr. Weiss was not aware of

24   the existence of the diversion pharmaceuticals, that

25   is was stated as such in the stipulation of facts in

Sentencing Hearing - [18] Michael Weiss

1    the plea agreement.

2              So, what we're asking is that that language

3    that says that he was involved in Arbudol be

4    stricken, since there's no information that he even

5    knew they existed.

6              THE COURT:  All right.  Objection is

7    granted.  Mr. Arroyo, then you will exclude that.

8              Next one.

9              MS. ARSUAGA:  Paragraph 255, Your Honor.  It

10   states that among Mr. Weiss' responsibilities was to

11   convert the checks payable to Arbudol Group.  We had

12   the same objection.  He had no knowledge of the

13   existence of Arbudol Group; we raised a conscious

14   avoidance objection.  But he neglected to find out

15   more about the origin and destination of the checks,

16   but at the same time --

17             THE COURT:  Isn't that called willful

18   blindness?

19             MS. ARSUAGA:  Yes.

20             THE COURT:  That's what it's called in the

21   criminal procedure.

22             MS. ARSUAGA:  Yes, Your Honor.  So, we would

23   make the same objection.  These checks were made

24   payable to Columbus, that's what he knew; he had no

25   knowledge, again, of the existence of Arbudol Group.

Sentencing Hearing - [18] Michael Weiss

1          THE COURT:  All right.  Granted.

2          MR. ROSS:  Sorry, Your Honor, what paragraph

3   was that?

4          THE COURT:  256.

5          MS. ARSUAGA:  255.

6          THE COURT:  255, I'm sorry.

7          MS. ARSUAGA:  Okay, Your Honor, 256 is just

8   like a background on Arbudol Group.  Given, again,

9   that he had no knowledge of this group, we request

10  that that paragraph be stricken.

11         THE COURT:  No, not that one, because he did

12  have knowledge of Columbus Wholesale Corporation.

13         MS. ARSUAGA:  Okay, Your Honor.  Well, we

14  would request then that all the portions that have to

15  do with Arbudol be stricken.

16         THE COURT:  No.  It will stay as it is

17  because it includes an e-mail that Mr. Christopher

18  Grajewski.

19         MS. ARSUAGA:  Yes, Your Honor.

20         THE COURT:  All right.  257 was not objected

21  to.

22         MS. ARSUAGA:  No, Your Honor.

23         THE COURT:  There's Columbus also where he

24  is granted authority to conduct all the business

25  activities on behalf of Columbus Wholesale.

Sentencing Hearing - [18] Michael Weiss

1          258, he provided that letter to Reliable

2    Checking.

3          MS. ARSUAGA:  Well, Your Honor, our

4    objection is that he did not provide.  We do agree

5    that there was the existence of the letter; what we

6    object to is the statement that Mr. Weiss, himself,

7    provided that.

8          THE COURT:  Denied.  He did provide it, and

9    it was in the records of reliable checking.

10          MS. ARSUAGA:  May I move on.

11          THE COURT:  Yeah.  259.

12          MS. ARSUAGA:  Okay.  In terms of 259, that

13    relates to Money Spot, Inc.  We make the same

14    objection that he never provided that letter.  As a

15    matter of fact, the language there says that there

16    was no record of anything -- of any checks cashed by

17    him or Grajewski and/or Columbus.  So, given that

18    there was no information that Mr. Weiss had anything

19    to do with that, whether or not there was a letter or

20    not, we ask that that be stricken.

21          THE COURT:  It shall not be stricken.

22    Although there were no records of any checks cashed

23    either by Mr. Weiss, Grajewski, or on behalf of

24    Columbus Wholesale; nevertheless, the letter was

25    provided to Money Spot.  That's what it says there.

Sentencing Hearing - [18] Michael Weiss

1    Denied.

2              MS. ARSUAGA:  Okay.  260, Your Honor.  260

3    talks about the diversion pharmaceuticals in which

4    Columbus engaged.  We would request, again, that that

5    be stricken.  As per the government's position

6    itself, Mr. Weiss had no knowledge of diversion

7    pharmaceuticals.  And, again, that was a stipulated

8    fact in the plea agreement.

9              THE COURT:  But remember the plea agreement

10   is only sufficient facts so that the Court can

11   determine whether there's a basis in fact for the

12   plea or not.  It's not the totality of the

13   government's evidence.

14             MS. ARSUAGA:  No, I understand.

15             THE COURT:  And it's also not binding on the

16   Court.

17             MS. ARSUAGA:  I understand.

18             THE COURT:  Objection is denied.  That was

19   part of the scheme to defraud precisely.  And the

20   checks that were received by Columbus Wholesale he

21   was cashing them, and he knew that they were coming

22   from Drogería de La Villa in Puerto Rico.

23             Next.

24             MS. ARSUAGA:  Okay.  Paragraph 261, the

25   objection, again, is only to the language that says

Sentencing Hearing - [18] Michael Weiss

1    that he was involved.  It just -- the way that it's

2    phrased appears, again, that Mr. Weiss was involved

3    in the diversion and much more involved in just the

4    simple cashing of checks.

5              THE COURT:  But that's what it says there.

6              MS. ARSUAGA:  Yeah, well, we would request

7    that it just be changed, that Mr. Weiss "cashed

8    checks" as opposed to "was involved."

9              THE COURT:  He was involved in the cashing,

10   actively participated in the cashing.  That's what

11   involvement means; that he was in it cashing the

12   checks.  Semantics.  Denied.

13             MS. ARSUAGA:  I know it's semantics, Your

14   Honor.

15             THE COURT:  Okay, that's why I'm denying it.

16   Next.

17             MS. ARSUAGA:  Okay.  Paragraph 267.

18             THE COURT:  Forget about 263?

19             MS. ARSUAGA:  I'm sorry.  262.  I'm sorry.

20   I don't have my glasses and I read it wrong.

21             Your Honor, in terms of this objection, the

22   amount that the government agreed that was readily

23   approvable, the amount of loss, was between

24   400,000 --

25             THE COURT:  In 263 it doesn't mention that.

Sentencing Hearing - [18] Michael Weiss

1          MS. ARSUAGA:  262, I'm sorry, Your Honor.

2     And it talks about the amount of $1,294,201.

3          THE COURT:  Yeah.

4          MS. ARSUAGA:  As per the government, we

5     believe that what was readily approvable -- we're not

6     denying that there might be evidence of other checks.

7     What we are -- our position is -- and it was the

8     government's position also -- that what they could

9     prove at that point beyond a reasonable doubt was

10     that Mr. Weiss was involved in an amount of loss

11     between 400,000 and less than a million.

12          THE COURT:  That was stipulated in the

13     statement of facts, but there is in record here that

14     they could prove $6 million also.

15          MS. ARSUAGA:  Well, Your Honor, but

16     probation itself agreed in the amount of loss.

17          THE COURT:  Well, that's probation.  I'm not

18     bound by probation.  Okay?  Objection is denied.

19          263.

20          MS. ARSUAGA:  Okay.  263, our objection,

21     Your Honor, we reiterate that it was not Michael

22     Weiss who provided the letter to the agency.

23          THE COURT:  All right.  That objection is

24     denied.

25          264.

Sentencing Hearing - [18] Michael Weiss

1          MS. ARSUAGA:  264, Your Honor, we went

2     through all the documents that the government

3     provided us and we did not find any single document

4     that showed that the amount that he presented to the

5     bank represented partial payment for an invoice.

6     That's our position.  We don't have any evidence that

7     this existed.

8          THE COURT:  The 200,000?

9          MR. ROSS:  Correct, Your Honor.

10         MS. ARSUAGA:  Yes, Your Honor.

11         THE COURT:  Well, that's what he

12    represented, according to the --

13         MS. ARSUAGA:  No, not the 200,000.  It says

14    that that 200,000 -- what we're objecting to is that

15    it says that that 200,000 that he used to open the

16    account it represented partial payment for an

17    invoice.  What we're saying is that we have no

18    evidence -- we went through every single document,

19    and we don't have any evidence of that invoice or

20    that that 200,000 was partial payment for that

21    invoice.

22         I don't know if the government has another

23    position as to that, but we don't -- again, we went

24    through everything and we didn't find it.

25         THE COURT:  Mr. Morgan.

Sentencing Hearing - [18] Michael Weiss

1          MR. MORGAN:  Your Honor, I can't speak to

2      that specific fact.  I just don't have the

3      information.

4          THE COURT:  Where's Mr. Walsh?

5          MR. MORGAN:  No, he hasn't put me in a

6      position to --

7          THE COURT:  Where is he?

8          MS. ARSUAGA:  He's in trial, Your Honor.

9          MR. MORGAN:  He's at trial.  That's the

10     reason I'm here.  He's at trial with Judge Cerezo.

11         THE COURT:  All right.  We'll leave that one

12     up in the air.

13         Next one.

14         MS. ARSUAGA:  Yes.  266, Your Honor.

15         THE COURT:  265 is not objected?

16         MS. ARSUAGA:  No.

17         THE COURT:  All right.

18         MS. ARSUAGA:  266.  We object to the first

19     two sentences that read -- should I read them out

20     loud, Your Honor?

21         THE COURT:  I'm sorry?

22         MS. ARSUAGA:  Should I read the sentences to

23     which he's objecting to?

24         THE COURT:  The first two ones you object?

25         MS. ARSUAGA:  Yes.

Sentencing Hearing - [18] Michael Weiss

1          THE COURT:  Based on what?

2          MS. ARSUAGA:  Well, Mr. Weiss' position is

3     that he never contacted the bank to state that he

4     was -- why he had provided a false Social Security

5     number.  Obviously he's not denying that he went to

6     the bank, that he opened this account; he has taken

7     responsibility for that.  But --

8          THE COURT:  But with a false name and Social

9     Security number.

10          MS. ARSUAGA:  Yes, he understands that.

11     What we're objecting to is that he called later on.

12     He denies having done so.

13          THE COURT:  You're objecting to the fact

14     that he called the bank, not the fact that he did

15     present the false --

16          MS. ARSUAGA:  No.  No.  Just the fact that

17     he called the bank.

18          THE COURT:  Well, it says "contacted the

19     bank..."

20          MS. ARSUAGA:  Yes.  It would be where it

21     says "contacted the bank and said he provided the" --

22     explaining why he provided it -- and "that he would

23     be turning the matter over to his attorney."  Up to

24     that point.  Mr. Weiss denies having made that call.

25          And, again, Your Honor, the government

Sentencing Hearing - [18] Michael Weiss

1   received these objections and they -- we spoke to

2   them -- to Mr. Walsh about them.  We went through all

3   of them.  We actually filed an addendum as to this,

4   to clarify that Mr. Weiss was not denying

5   responsibility.  But the government did not respond

6   to this; so, I guess we're to understand that they

7   agree with that one.

8              THE COURT:  No, I can't do that; I can't

9   take that leap.  Besides that, even if the government

10  doesn't respond, if you take those two sentences out

11  then the rest of it doesn't make any sense at all;

12  because there was an attorney supposedly that called

13  the bank.  And then the name of that attorney was

14  contacted by the agents, the government's

15  investigation; that he never represented or contacted

16  Apple; and the $200,000 was seized ultimately and

17  forfeited.  That I don't know.  I don't see why you

18  don't object to that, but --

19             MS. ARSUAGA:  Where?  I'm sorry, Your Honor,

20  where?

21             THE COURT:  The last sentence of that

22  paragraph.

23             MS. ARSUAGA:  266.

24             THE COURT:  Yeah, you don't object to it?

25             MS. ARSUAGA:  Well, we object to the fact

Sentencing Hearing - [18] Michael Weiss

1   that it was the Arbudol Group, but we do know for a

2   fact that it was seized and it was forfeited.

3            THE COURT:  Okay, so, there's no objection

4   to that.  Objection to 266 is denied.

5            268 -- 267 is accepted.

6            MS. ARSUAGA:  Is accepted.

7            THE COURT:  All right.  268.

8            MS. ARSUAGA:  268.  Our position is that,

9   again, that the amount -- we understand that there

10  might be evidence of further checks, but the amount

11  that the government believed was readily provable was

12  100,000 to a million.

13           THE COURT:  And here's 712,000.

14           MS. ARSUAGA:  Yes.

15           THE COURT:  So, the objection is denied.

16           MS. ARSUAGA:  Two hundred --

17           THE COURT:  269.

18           MS. ARSUAGA:  We object to the last two

19  sentences.  The basis for this objection, Your Honor,

20  is that this is, we believe, an assumption on the

21  part of probation.  There's no evidence --

22           THE COURT:  Okay.  Granted.  The last two

23  sentences will be stricken from that 269.  "Starting

24  on March 8, 2007," that will be eliminated.

25           270.

Sentencing Hearing - [18] Michael Weiss

1          MS. ARSUAGA:  270, Your Honor, we're

2     withdrawing 270, Your Honor.  We're just going to

3     address 271.

4          THE COURT:  Okay.  Thank you.

5          MS. ARSUAGA:  271, our objection is to the

6     inclusion of this amount of $3,644,228.96.  The --

7     that amount, as per language of probation, was

8     included because they stated it was presumed that he

9     was involved in this amount.  There's no concrete

10    evidence that he was.  And, again, Mr. Weiss, we

11    understand, cannot be sentenced based on

12    suppositions.

13         THE COURT:  Granted.

14         MS. ARSUAGA:  Okay.  We did not object to

15    272 --

16         THE COURT:  No.

17         MS. ARSUAGA:  -- so we move to 273.

18         MR. ROSS:  Judge, with respect to

19    Paragraph 273, I had planned during my address to the

20    Court on a general sentence to address really the

21    only issue that is in play this morning before the

22    Court; and that is, whether or not the Court --

23         THE COURT:  I'm not going to grant the three

24    points for minor --

25         MR. ROSS:  You're not going to do that?

Sentencing Hearing - [18] Michael Weiss

1           THE COURT:  I'm not going to follow the

2     probation officer's recommendation that he did not --

3     that he not be considered a minor participant.  So,

4     that does away with that argument.

5           MR. ROSS:  Okay, but if Your Honor may, and

6     I would just like to take two minutes of Your Honor's

7     time this morning -- I know you're busy -- to try to

8     change your mind on that.

9           THE COURT:  On what?

10          MR. ROSS:  It's a very important thing --

11          MS. ARSUAGA:  No, he's saying that he's not

12    going to follow it.

13          MR. ROSS:  Or you're not going to follow

14    probation.  Okay.

15          THE COURT:  That's what I said.  So your

16    base offense -- total offense level remains at, 15

17    not 18, as was recommended.

18          MR. ROSS:  Okay.

19          MS. ARSUAGA:  So, we don't have to address

20    that issue.

21          THE COURT:  That's right.

22          MS. ARSUAGA:  May I move on to 274.

23          THE COURT:  Yes.

24          MS. ARSUAGA:  274.  It states that Mr. Weiss

25    was involved in the cashing and negotiated

Sentencing Hearing - [18] Michael Weiss

1   approximately 6 million.  From our understanding, and

2   our conversation with Mr. Walsh, this is not

3   supported by evidence.  This amount is --

4            THE COURT:  Well, we'll have to talk to

5   Mr. Walsh about it.

6            MS. ARSUAGA:  I believe 275, Your Honor,

7   really goes to the role.  I don't know if we need to

8   address it.  It's just presenting their opinion that

9   Mr. Weiss' participation and his role in this offense

10  was more substantial than it was.

11           THE COURT:  Mm-hmm, that's right.

12           MS. ARSUAGA:  So, I don't believe we need to

13  address that.

14           THE COURT:  Mm-hmm.  Thank you.

15           286.

16           MS. ARSUAGA:  Okay.  So, 286, I believe, is

17  more towards victim impact.  We object to that

18  paragraph as my understanding is there were no

19  victims in this case.

20           THE COURT:  Well, there are no victims that

21  can be --

22           MS. ARSUAGA:  Ascertained.

23           THE COURT:  -- ascertained.  Certainly there

24  were two victims:  The two identity thefts that were

25  made.  Although probation states that there are "no

Sentencing Hearing - [18] Michael Weiss

1    consequences," but certainly they are victims and

2    they did have to go through some problems getting

3    their credit cards cancelled and getting their new

4    driver's license, et cetera.  And even though there's

5    no harm, there are victims.  Certainly there are

6    victims.

7            Plus, the extent of this scheme was huge, as

8    from the record and the evidence that is in the

9    presentence report and other areas of the case --

10   over $600 million worth.  And I'm not saying that it

11   all came from Columbus or Arbudol Group, but

12   certainly the diversion of these drugs -- we have the

13   pharmaceuticals were stored in warehouses, did not

14   meet FDA standards, counterfeit labels, incorrect

15   dosage amounts, incorrect lot numbers, incorrect

16   medicines.  Patient pharmacy chemicals were used to

17   remove patient levels.  That seeped through the

18   bottles and contaminated pills and modified

19   expiration dates were distributed.

20           However, we will never know the impact to

21   the health of those -- the sick, the elderly,

22   children, and others -- who were dispensed these

23   diverted pharmaceuticals.  Certainly we do have

24   victims; we just can't say who they are.  Denied.

25           MS. ARSUAGA:  Very well, Your Honor.

Sentencing Hearing - [18] Michael Weiss

1          So, I believe then, Your Honor, now we

2     should move to --

3          THE COURT:  339 an 340.

4          MS. ARSUAGA:  -- 339 and 340.  We would like

5     to state to the Court that Mr. Weiss has complied

6     with the forfeiture payment of 150,000.  He sent that

7     this week -- this past week.  He sent it to the

8     marshals, and we have a receipt that he has paid.

9          Mr. Weiss, we do not believe that he has the

10    ability to pay a fine and we'd also like the Court to

11    take into consideration the fact that he has also

12    complied with a substantial amount of 150,000.

13         THE COURT:  So, he has complied with the

14    forfeiture of 150,000?

15         MS. ARSUAGA:  Yes.

16         MR. ROSS:  Yes, sir, we have a receipt from

17    Marshal Blandon.

18         THE COURT:  So what's your objection to 339?

19         MS. ARSUAGA:  Well, we're just requesting

20    that no fine be imposed.

21         THE COURT:  Ah, okay.

22         MS. ARSUAGA:  We understand what the fine

23    range is and we understand that the Court could

24    impose a fine; we're just requesting that the Court

25    take into consideration the huge amount forfeiture

Sentencing Hearing - [18] Michael Weiss

1    and the fact that he paid it.

2          THE COURT:  Okay.  That's as to the

3    objections.  Anything else as to the objections?

4          MS. ARSUAGA:  No, Your Honor, not as to the

5    objections.

6          MR. ROSS:  No, sir.

7          THE COURT:  All right.  Anything you want to

8    state to the Court on behalf of your client?

9          MR. ROSS:  Yes, Your Honor.  Thank you.

10          THE COURT:  Go ahead.

11          MR. ROSS:  Since Your Honor's made it clear

12   to us that you are giving Mr. Weiss the benefit of

13   our agreement with the government and that the

14   guideline range level will be 18 to 24 months, as set

15   forth in the plea agreement, I don't need to waste

16   the Court's time in arguing why we thought that

17   should apply.

18          What I would like to do, however, is to

19   address the Court with respect to 18, United States

20   Code, §3553 and the factors that the Court must

21   consider in sentencing Mr. Weiss this morning.  I'd

22   ask Your Honor to sentence him at the lowest end of

23   the guideline range, as we have agreed upon with the

24   government.  It's a joint recommendation to the Court

25   by the defense and the government that Mr. Weiss

Sentencing Hearing - [18] Michael Weiss

1   receive a sentence of 18 months.  And the factors

2   under §3553 do support a sentence of 18 months here

3   in this case.

4            Michael Weiss is a constantly devoted family

5   man, Your Honor.  His wife is here with him, he is a

6   loving husband; and he is a fully-caring and

7   always-involved father with his children.

8            He has many, many extended family members

9   who write wonderful letters to the Court on his

10  behalf.  We included them in the sentencing

11  memorandum -- which I must say Ms. Arsuaga took -- it

12  was a collaborative effort, I certainly worked on it,

13  but she took a laboring oar on really delving into

14  these letters and presenting Your Honor a picture of

15  a man whose family loves him, whose family respects

16  him.  It's a strong and closely-knit extended family.

17           And Mr. Weiss always gives his time, his

18  energy, and his love to each and every one of his

19  extended family members; he's there for them on a

20  daily basis.  It's going to be a real loss to his

21  extended family that he is going to have to spend

22  some time in jail.

23           And it's been a terrible punishment in and

24  of itself for a man like Mr. Weiss to explain to all

25  his brothers and sisters and his wife, and

Sentencing Hearing - [18] Michael Weiss

1    particularly his little kids, about the fact that he

2    did something wrong, that he committed a crime, that

3    he has to pay a debt to society, that he must do it

4    and that that was a terribly punitive thing for him

5    to have to experience as a person.

6              And he's gone through that, he's taken full

7    responsibility.  He is full of remorse this morning,

8    Your Honor, really sorry that he got involved in all

9    of this.  He's just a deeply generous man to his

10   friends, his family, his kids, his wife, he's a man

11   of loyal character and just an incredibly and

12   tirelessly hard worker with respect to supporting

13   them and being there for them all.

14             A higher sentence than the jointly

15   recommended sentence to the Court would be

16   devastating to his family, to the extended members of

17   his family, all of his brothers and sisters and their

18   kids who so look up to him and who feel so badly that

19   he let them down and that he made this awful decision

20   to get involved in criminal conduct, which he is

21   deeply remorseful for.

22             He will tell the Court this morning, he'll

23   tell you, Your Honor, that he's ashamed of his

24   criminal conduct and that he knows that he let the

25   most important people in his life down; and that the

Sentencing Hearing - [18] Michael Weiss

1    most important people who love him he has put them in

2    a position to not have him there for them and have

3    him there to lean on and for friendship and for

4    support and all of that.

5           Your Honor, he is highly, highly unlikely to

6    be back before any court ever again.  He's a

7    first-offender, he is happily married.  As I said,

8    his wife's here in court with him today.  He has this

9    very, very strong family network that I've been

10   referring to.  He's repentant and just tormented by

11   what he's had to explain to his wife, to his young

12   children -- that he's going away to jail for his

13   criminal conduct.

14          Michael Weiss, the Michael Weiss that I

15   know, Your Honor, is a humble man, he is a

16   kind-hearted man, and he is remorseful this morning

17   straight from the core of his being.  You will hear

18   from him.

19          I suggest, Your Honor, most respectfully

20   that he deserves the Court's understanding and mercy

21   and lenity, and I most respectfully ask Your Honor,

22   in accordance with the jointly proposed sentencing

23   recommendation of the defense and the government of

24   18 months, that you impose the 18-month sentence of

25   incarceration upon him this morning.

Sentencing Hearing - [18] Michael Weiss

1          We would ask that there not be a fine

2     imposed.  As we said, he's paid $150,000 of

3     forfeiture.  To the extent that probation had any

4     problem with the financial statement, we've provided,

5     as Your Honor, I'm sure, has heard, a statement from

6     his accounting professionals.  And if Your Honor

7     wanted to make a condition of the sentence a full

8     disclosure of his finances, that would be fine with

9     us.

10         And, finally, I understand through speaking

11    with Ms. Arsuaga and other members of the Court here

12    that appear before Your Honor regularly that it is

13    your practice to make a recommendation, if requested,

14    to a specific facility of the federal Bureau of

15    Prisons.  And I would ask, on behalf of Mr. Michael

16    Weiss, that Your Honor recommend to the BOP the

17    facility of the FCI in Otisville.  Otisville is in

18    New York, it's close to his family.  And it's also a

19    place that has religious services available so that

20    he can practice his Jewish faith.

21         We would finally ask, Your Honor, for a

22    voluntary surrender and -- a date in August for him

23    to voluntarily surrender.

24         THE COURT:  That's up to the marshals

25    whenever they call him in.  They deal -- that's the

Sentencing Hearing - [18] Michael Weiss

1    Bureau of Prisons' work.  That's their function.

2             MR. ROSS:  So they'll notify us as to when

3    he needs to surrender to wherever he's designated.

4             THE COURT:  That would be correct.

5             MR. ROSS:  Thank you, sir.  Thank you for

6    hearing me this morning, Your Honor, and I'd just

7    like to thank the Court for its consideration and

8    thank the government for respecting the plea

9    agreement.  I'd also like to thank Maria Arsuaga who

10   for many years was a federal public defender here,

11   and she did incredible work on this case.  And I

12   thank you for hearing me, sir.

13            THE COURT:  Thank you.

14            Mr. Weiss?  Would you care to say anything?

15   You do not have to say anything, but if you wish you

16   may do so.

17            MS. ARSUAGA:  I believe he's --

18            THE COURT:  Sorry?

19            MS. ARSUAGA:  I believe he is not going to

20   make a statement.

21            THE COURT:  Okay.  He's entitled to that.

22   Anything from the government?

23            MR. MORGAN:  Your Honor, I understand that

24   this particular individual plead very early, and that

25   should be the basis for our recommendation of the

Sentencing Hearing - [18] Michael Weiss

1    lower end of the guidelines.  The lowest end of the

2    plea agreement says, since Your Honor's going with

3    the Level 15, then that would certainly be the

4    18 months.  And we stand firmly behind the

5    recommendation of the plea agreement.

6              THE COURT:  Thank you.

7              On October 11, 2013, Defendant Michael Weiss

8    plead guilty to Count 47 of the indictment in

9    Criminal No. 12-922 charging him with violating Title

10   18, United States Code, Sections 1349, 1341, and 1343

11   which are Class C felonies.

12             The Court has used the November 1, 2013

13   edition of the United States sentencing guideline to

14   apply the now advisory guideline adjustments.  In

15   this case, the guideline is Guideline 2B1.1 with a

16   base offense level of seven [7] has been determined

17   as the offense of conviction involved a conspiracy to

18   commit mail- and wire fraud.

19             Although the intended loss was over

20   $6 million, the parties have stipulated a loss amount

21   of at least 400,000 but less than $1 million.  As

22   such, a 14-level enhancement is warranted pursuant to

23   Guideline 2B1.1(b)(1)(H).  Finally, as the defendant

24   has accepted personal responsibility for his criminal

25   conduct, the offense level is reduced three [3]

Sentencing Hearing - [18] Michael Weiss

1   levels pursuant to Guideline 3E1.1.  There are no

2   other applicable guideline adjustments.

3            MR. ROSS:  Your Honor, with respect to the

4   2B1.2 role reduction --

5            THE COURT:  Yes?  I'm sorry?  Yes?  Pursuant

6   to Guideline 3B1.2(b), there's a mitigating role for

7   a three-level reduction for a minor participant

8   giving us a total offense level of 15, which is the

9   guideline range 18 to 24, with a fine range of --

10           PROBATION OFFICER ARROYO:  4,000 to 40,000.

11           THE COURT:  -- 4,000 to 40,000, plus a

12  supervised release term of at least one [1] but less

13  than three [3] years.

14           The Court has reviewed the presentence

15  investigation report and considers that the same is

16  adequately applied to the guideline computations and

17  satisfactorily reflects the components of this

18  offense by considering the nature and circumstances

19  of the instant offense, and the sentencing factors

20  set forth in 18 U.S.C. §3553(a).

21           Before the Court is a 37-year-old married

22  man with a high school obtained -- high school

23  education obtained in private Hebrew schools.  He has

24  two children.  No history of mental health issues or

25  substance abuse.  The Court, in imposing a sentence,

Sentencing Hearing - [18] Michael Weiss

1   has considered the nature and circumstances of the

2   offense and the defendant's history and

3   characteristics.

4           The Court has also taken into consideration

5   the plea agreement between the parties and finds that

6   a sentence pursuant to said plea agreement, within

7   the applicable guideline range, will afford adequate

8   deterrence and provide just punishment for the

9   offense committed.

10          Pursuant to the plea agreement at

11  Paragraph 8, it states that the parties will

12  recommend a sentence at the lower end of the

13  stipulated offense level, that is the recommendation

14  that was made; but Paragraph 8 further states that

15  the defendant agrees that any sentence imposed within

16  the stipulated total offense level is reasonable

17  pursuant to 18 U.S.C. §3553(a).  Pursuant to that, it

18  is therefore the judgment of this Court that the

19  defendant is hereby fined in the amount of 250,000 to

20  be paid forthwith and committed to the custody of the

21  Bureau of Prisons to be imprisoned for a term of

22  24 months.

23          Upon release from confinement, you shall be

24  placed on supervised release for a term of three [3]

25  years under the following conditions:

Sentencing Hearing - [18] Michael Weiss

1          You shall not commit another federal, state,

2     or local crime and you shall observe the standard

3     conditions of supervised release recommend by the

4     Sentencing Commission and adopted by this Court.

5          You shall not unlawfully possess controlled

6     substances, refrain from possessing firearms,

7     destructive devices, and other dangerous weapons.

8          You shall provide the probation officer

9     access to any financial information upon request.

10          You shall submit your person, property,

11    house, residence, vehicle, papers, computers, other

12    electronic communications or data storage devices or

13    media or office to a search conducted by the United

14    States probation officer at a reasonable time and in

15    a reasonable manner based upon reasonable suspicion

16    of contraband or evidence of a violation of condition

17    of release.  Failure to submit to such a search may

18    be grounds for revocation.

19          You shall warn any other occupants that the

20    premises may be subject to searches pursuant to this

21    condition.

22          You shall cooperate in the collection of a

23    DNA sample as directed by the probation officer

24    pursuant to the revised DNA collection requirements

25    and 18 U.S.C. 3563(a)(9).

Sentencing Hearing - [18] Michael Weiss

1          Pursuant to the plea agreement, which I just

2    read, the sentence recommendation at Paragraph 8, you

3    agree in Paragraph 16 of your plea agreement that if

4    the Court were to accept the plea agreement -- which

5    I have, and I have sentenced you according to its

6    recommendation, terms and conditions -- which was

7    that any sentence imposed within the stipulated total

8    offense level would be reasonable, pursuant to

9    18 U.S.C. 3553(a), that being level 15, the

10   stipulated total offense level carries a guideline

11   sentence of 18 to 24 months.

12          The Court has sentenced you to 24 months,

13   which is within the stipulated total offense level;

14   therefore, your waiver becomes effective and I will

15   advise you that -- I will not advise you that you

16   have any right to appeal the sentence and judgment of

17   this Court and the forfeiture issue, since you have

18   waived the same and surrendered your right to appeal

19   the judgment.  As I understand it, the waiver becomes

20   effective.

21          Any remaining counts of the indictment are

22   hereby dismissed as to Mr. Weiss.  And the Court will

23   recommend to the Bureau of Prisons that, if he does

24   qualify, that he be designated to serve the sentence

25   at the federal correctional institution in Otisville,

Sentencing Hearing - [18] Michael Weiss

1    New York; and that the Court will allow Mr. Weiss to

2    voluntarily surrender to whatever institution is

3    designated by the Bureau of Prisons.

4            And what that means is, sir, that you will

5    be out on bound until you are notified by the marshal

6    service where and when and at what time you must

7    report.

8            PROBATION OFFICER ARROYO:  Your Honor, U.S.

9    Probation Officer Miguel Arroyo.  A special monetary

10   assessment.

11           THE COURT:  In the amount of $100 also

12   imposed pursuant to law.  Thank you.

13           MR. MORGAN:  Your Honor, the judgment, you

14   mentioned forfeiture, but are you entering the order

15   of the forfeiture for the $150,000?

16           THE COURT:  They have already paid it.

17           MR. MORGAN:  I understand, but I just want

18   to later on --

19           THE COURT:  Okay.

20           MR. MORGAN:  -- included in the judgment

21   even though it has already been paid.

22           THE COURT:  Okay.  It shall be included in

23   the judgment.  Thank you.

24           MR. ROSS:  Your Honor, if I may, briefly.  I

25   don't want to interrupt the Court in what it's

Sentencing Hearing - [18] Michael Weiss

1    saying, but before we impose final sentence I'd just

2    like to point out --

3              THE COURT:  I have imposed the final

4    sentence.

5              MR. ROSS:  I understand, Judge, but just

6    give me one moment to try to change your mind on a

7    couple of things.  The 250,000-dollar fine that Your

8    Honor imposed, I'm sure you're aware, is the

9    statutory maximum fine.

10             THE COURT:  I know.

11             MR. ROSS:  The range set forth in the --

12             THE COURT:  6- to 60,000.

13             MS. ARSUAGA:  4- to 40,000 -- 4,000 to

14    40,000.

15             MR. ROSS:  And it's a -- particularly for

16    someone who was agreed upon to be involved in a minor

17    capacity, to impose the statutory maximum fine seems,

18    I would respectfully suggest to the Court, to be a

19    harsh monetary penalty especially given that Your

20    Honor has imposed an additional six months and

21    brought Mr. Weiss up to the highest end of the

22    guideline range instead of the lowest end, which was

23    the joint recommendation of the government and the

24    defense.

25             THE COURT:  And as you recall from the

Sentencing Hearing - [18] Michael Weiss

1    change of plea hearing, I advised your client and

2    both of you that I was not bound by any sentencing

3    recommendation.

4          MR. ROSS:  I understand that.

5          THE COURT:  And I imposed a sentence that is

6    included in Paragraph 8 of the plea agreement, which

7    is that any sentence that is within the total offense

8    level would be a reasonable sentence.

9          MR. ROSS:  I understand, Judge.  I

10   understand it's stipulated; and we did that, I'm not

11   saying that we didn't.  All I'm saying is I'm asking

12   please if Your Honor would reconsider this morning

13   both the maximum statutory fine that you've imposed.

14          And I'm not saying that we didn't stipulate

15   that any sentence within the range is reasonable --

16   we did, and we don't have an appeal right now -- I'm

17   just trying in this court before Your Honor to change

18   your mind and bring the fine down some.  And, also,

19   the additional six months that Your Honor has imposed

20   here will be a terrible hardship for the family.  It

21   will be a terrible hardship for the family, and I'd

22   ask Your Honor to reconsider that and sentence

23   Mr. Weiss at the 18-month level.

24          THE COURT:  Your consideration is denied.

25          MR. ROSS:  Thank you, sir.

Sentencing Hearing - [18] Michael Weiss

1            THE COURT:  Counsel, by the way, I just want

2     the record to be clear.  The probation office,

3     through Mr. Arroyo, requested, in February of this

4     year, that Mr. Weiss provide financial statements;

5     right?

6            MR. ROSS:  Yes, sir.

7            THE COURT:  We are now in May -- that's

8     90 days -- over 90 days ago -- and all that was

9     received was a letter from some accounting firm up in

10    New York saying that any requests should be addressed

11    to them.

12           The probation office in this district is not

13    here to talk to accountants or whatever.  The request

14    was very specific, very clear, and Mr. Weiss hasn't

15    come forth with it.  So, I have no other way than to

16    impose 250,000 was the maximum fine available by

17    statute, since I have no other information -- I don't

18    have any information whatsoever.  Besides, you don't

19    play around with this Court or with the probation

20    officer.

21           MR. ROSS:  I understand, sir.

22           THE COURT:  All right.

23           MR. ROSS:  Thank you for hearing us.

24           THE COURT:  You're welcome.  You may

25    withdraw.

Sentencing Hearing - [18] Michael Weiss

1        (Sentencing Hearing concluded at 12:14 p.m.)

2                            ---

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EVILYS E. CARRIÓN-ESQUILÍN, RPR
OFFICIAL COURT REPORTER FOR THE U.S. DISTRICT COURT OF PUERTO RICO
(787)772-3377

Sentencing Hearing - [18] Michael Weiss

1    UNITED STATES DISTRICT COURT    )

2                 OF                 )ss.

3        PUERTO RICO                 )

4

5

6

7                        CERTIFICATE
                         ‾‾‾‾‾‾‾‾‾‾‾

8

9

10        I, EVILYS E. CARRIÓN-ESQUILÍN, hereby

11   certify that the proceedings and evidence are

12   contained fully and accurately, to the best of my

13   ability, in the notes recorded stenographically by

14   me, at the sentencing hearing in the above matter;

15   and that the foregoing is a true and accurate

16   transcript of the same.

17

18              /s/ Evilys E. Carrión-Esquilín
               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

19             EVILYS E. CARRIÓN-ESQUILÍN, RPR
               Official Court Reporter
20             United States District Court
               Federal Building, Room 200
21             San Juan, Puerto Rico 00918
               787-772-3377
22

23

24

25